Ralph P. Guenther, Esq. 124245
rguenther@guentherlawgroup.com
GUENTHER LAW GROUP
601 S. Main Street
Salinas, California 93901

(831) 649-5100

Attorney for Defendant
Salvador C. Zavala

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re:

SALVADOR C. ZAVALA,

    Debtor.

_____/

LABOR COMMISSIONER OF THE STATE OF CALIFORNIA,

    Plaintiff,

vs.

SALVADOR C. ZAVALA,

    Defendant.

_____/

Case No. 19-51591

Chapter 7

Adversary Proceeding No. 19-05055

   Defendant, SALVADOR C. ZAVALA, responds to the complaint of Plaintiff as follows:

## ANSWER

   1.  Defendant admits the allegations in Paragraphs 1, 2, 4, 6, 7, 8, 9, 14, 15, 16, and 17.

   2.  Defendant denies the allegations in Paragraphs 10, 11, 12, 13, 18, 20, 21, 23, 24, and 25.

1

Case: 19-05055  Doc# 5  Filed: 12/05/19  Entered: 12/05/19 12:45:54  Page 1 of 3

3.  Defendant is without knowledge or information to form a belief as to the truth of the allegations contained in Paragraphs 3 and 18 and on that basis denies each and every allegation contained therein.

**AFFIRMATIVE DEFENSES**

1.  Defendant reserves the right to allege any additional affirmative defenses as may be discovered during the course of the litigation of this matter.

WHEREFORE, Defendant requests that the Court dismiss Plaintiff's complaint, award Defendant his attorney's fees and costs, and for such other and further relief as the Court deems just and proper.

Dated: December 5, 2019        GUENTHER LAW GROUP


                        */s/ Ralph P. Guenther*
                        Ralph P. Guenther, attorneys for
                        Defendant

Case: 19-05055    Doc# 5    Filed: 12/05/19    Entered: 12/05/19 12:45:54    Page 2 of 3

# CERTIFICATE OF SERVICE

I declare as follows: I am a citizen of the United States.  I am employed in the County of Monterey, California.  My business address is 601 S. Main Street, Salinas, CA 93901.  I am over the age of 18 years and am not a party to the within entitled cause.  I am familiar with the processing of correspondence for mailing with the United States Postal Service.  Correspondence placed in the internal mail collection system at Guenther Law Group is deposited with the United States Postal Service that same day in the ordinary course of business.

On **December 5, 2019** a true and accurate photo-copy of the following documents:

## ANSWER

was placed for service, in Dougherty & Guenther's internal mail collection system, in a sealed envelope to be delivered by mail with the United States Postal Service with postage prepaid, postage addressed as follows:

Office of the U.S. Trustee/SJ
U.S. Federal Building
280 S. 1st Street #268
San Jose, CA 95113-3004
***Served Electronically Only***

Chapter 13 Trustee
Devin Derham-Burk
Post Office Box 50013
San Jose, CA 95150-0013
***Served Electronically Only***

Matthew Sirolly, SBN 239984
STATE OF CALIFORNIA
LABOR COMMISSIONER'S OFFICE
320 w. 4th street, suite 600
Los Angeles, ca 90013
***Attorney for Plaintiff***

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on **December 5, 2019,** at Salinas, California.

*/s/ Laura Galvan*
Laura Galvan

3

Case: 19-05055   Doc# 5   Filed: 12/05/19   Entered: 12/05/19 12:45:54   Page 3 of 3